AO 91 (Rev. 11/11) Criminal Complaint by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
JUL 3 1 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES WALTER JUDLIN<br><br>*Defendant(s)* | Case No.  2:19-MJ-0120 ___ DB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2, 2019__ in the county of __Lassen__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

**SEALED**

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/S/
*Complainant's signature*

Christopher Bencken, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 30th day of July, 2019

Date: 7-30-19

*Judge's signature*

Deborah L. Barnes, U.S. Magistrate Judge
*Printed name and title*

City and state: _____

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES WALTER JUDLIN<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2, 2019__ in the county of __Lassen__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

*Complainant's signature*

Christopher Bencken, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 30, 2019

City and state: Sacramento, CA

S/ Deborah L. Barnes
*Judge's signature*

Deborah L. Barnes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT FOR JAMES WALTER JUDLIN

I, Christopher Bencken, being duly sworn, hereby depose and state:

### PURPOSE

1. This affidavit is made in support of a federal criminal complaint and arrest warrant for James Walter JUDLIN. As detailed below, I believe there is probable cause to believe that JUDLIN has violated 18 U.S.C. § 922(g), felon in possession of a firearm, in the Eastern District of California.

### AGENT BACKGROUND

2. I am a Special Agent with the FBI. I entered on duty at the FBI Academy in Quantico, Virginia on April 16, 2006. I am currently assigned to the FBI's Sacramento Division, Reno Resident Agency. I have been assigned to this office since 2016.

3. During the course of my employment as an FBI Special Agent, I have participated in numerous criminal investigations. I have also participated in numerous investigations involving the use of federal and state search warrants to collect evidence, including controlled substances, the seizure of narcotics-related records, and other types of evidence that document the activities of criminal organizations in both the manufacturing and distribution of controlled substances and weapons. To successfully conduct these investigations, I have utilized a variety of investigative techniques and resources including physical and electronic surveillance, various types of infiltration (including undercover agents, informants, and cooperating sources), pen register and trap and trace devices, GPS and telephone tracking devices, trash covers, mail covers, pole cameras, stationary video recording vehicles, audio and audio/video recording devices. Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar with the methods used by organized criminal enterprises, drug trafficking organizations, and street gangs to smuggle and safeguard controlled substances and weapons, to distribute, manufacture, and transport controlled substances, and to collect and launder related proceeds.

4.      In addition to the training I received at the FBI Academy, I have received specialized training in narcotics and prison-gang investigations from California state law enforcement agencies. This training has focused on drug interdiction, drug detection, money-laundering techniques and schemes, drug identification, asset identification and removal, gang classifications, gang politics, and methods utilized by gangs to carry out the aforementioned criminal conduct.

5.      I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

6.      This affidavit is based upon my own personal knowledge and the knowledge of other law enforcement officers involved in this investigation. Where I describe statements made by other people (including other special agents and law enforcement officers), the statements are described in sum, substance, and relevant part. Similarly, where I describe information contained in reports and other documents or records in this affidavit, this information is also described in sum, substance, and relevant part.

7.      Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested complaint and arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause.

## STATEMENT OF PROBABLE CAUSE

8.      During the week of May 26, 2019, officers from the Susanville Police Department received reports of a vehicle theft. The victim of the theft indicated to officers that, among other items in the stolen vehicle, there had been a Parker 10mm pistol with a loaded magazine.

9.      During the course of their investigation into the vehicle theft, officers obtained information that persons involved in the theft had sold the pistol to James Walter JUDLIN. Officers also received information that JUDLIN was living at 471-525 County Road A3,

Standish, California, and was in possession of a suspected stolen firearm at that location.

10.  JUDLIN has a history of contact with law enforcement in Lassen County going back nearly 20 years. Officers reviewed JUDLIN's criminal history and confirmed that he had been convicted of multiple felonies and was therefore prohibited from possessing firearms.

11.  On June 2, 2019, officers applied for and obtained a search warrant for 471-525 County Road A3, Standish, California, which the Honorable Judge Nareau, Lassen County Superior Court, reviewed and authorized.

12.  That same day, at approximately 1:45 p.m., officers executed the search warrant at 471-525 County Road A3. The residence was cleared and everyone inside the residence was detained for safety purposes. JUDLIN was located in the southwest bedroom of the residence with a female subject later identified as Jessica SPEED.

13.  During the search of room in which officers had found JUDLIN and SPEED, officers also found two firearms, which included a Parker 10mm pistol that matched the description of the firearm stolen during the vehicle theft. A check of the serial number confirmed that it was the stolen Parker pistol. The pistol had been taken apart and was located in the room near a set of tools, including a dremel (a multi-purpose grinding and drilling tool). It appeared that JUDLIN was in the process of attempting to take markings off the firearm using the dremel tool and sand paper. The pistol's parts were all together and were in working order. The pistol was located on a side table next to the bed on which JUDLIN was lying, in a plastic container, along with both pistol and shotgun ammunition. (See pictures, below.)




14.     Officers located a second firearm under the mattress of the bed – a short-barreled Kassnar 12-gauge shotgun. The shotgun had a barrel length of 12.5 inches, which had been modified to a shorter length by being sawn off. The stock of the shotgun had also been sawed off to a shorter length. During a post-arrest interview, under a *Miranda* warning, SPEED told investigators that when the search warrant was executed, and she heard officers coming in to the house, she woke up to see JUDLIN throwing an object across the room, onto the floor. When she looked at where the object had landed, she saw the shotgun on the floor. SPEED admitted to picking the firearm up and placing it between the box spring and mattress of the bed on which JUDLIN had been lying. (See pictures, below.)




15.     JUDLIN was arrested on state charges for (1) being a felon in possession of a stolen firearm (two counts), (2) being a prohibited person in possession of ammunition, (3) possession of a sawed off shotgun, (4) possession of stolen property, and (5) possession of a stolen vehicle.

16.     As part of this investigation, I contacted ATF Special Agent Sarah Lewis in regards to the interstate nexus profile for the firearms. SA Lewis advised me that Parker pistols were made by Wyoming Arms, and were manufactured in the state of Wyoming. She also advised me that Kassnar shotguns are manufactured in Pennsylvania. Therefore, both of these firearms would have moved in or affected interstate commerce to have arrived in California.

17.     I have reviewed JUDLIN's criminal history, which includes the following felonies:

a)      Burglary, in violation of California Penal Code Section 459, on or about

December 18, 2000, in Lassen County, California;

b) Possession of stolen property, in violation of California Penal Code Section 496, on or about December 18, 2000, in Lassen County, California;

c) Possession/manufacture dangerous weapon, in violation of California Penal Code Section 12020(a)(1), on or about January 13, 2003, in Lassen County, California;

d) Assault by a prisoner, in violation of California Penal Code Section 4501, on or about January 4, 2006, in Solano County, California; and

e) Possession of a controlled substance for sale, in violation of California Health & Safety Code Section 11378, on or about May 12, 2014, in Plumas County, California; and

f) Being under the influence of a controlled substance while armed with a firearm, in violation of California Health & Safety Code Section 11550(e), on or about May 12, 2014, in Plumas County, California.

## REQUEST TO SEAL

18. This Affidavit contains information regarding a potential target, which if unsealed may jeopardize the very information sought to be gained by this search warrant. In light of the on-going nature of the investigation, and the likelihood that notice to above-identified individuals may cause them to destroy evidence, flee from prosecution, or notify confederates, I requests that this affidavit, the criminal complaint it supports, and the resulting arrest warrant be sealed on the Court's docketing system, with the exception of copies utilized by law enforcement officers participating in the investigation. The United States plans to unseal this affidavit, the accompanying complaint, and arrest warrant upon the arrest of JUDLIN.

## CONCLUSION

19. I hereby request that a complaint and arrest warrant be issued for James Walter JUDLIN, for a violation of 18 U.S.C. § 922(g), felon in possession of a firearm on or about June 2, 2019, in Lassen County, California.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

/S/
Christopher Bencken
Special Agent
FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 30th day of July, 2019

Hon. Deborah L. Barnes
U.S. MAGISTRATE JUDGE

Approved as to form by AUSA James R. Conolly

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

*[signature]*
Christopher Bencken
Special Agent
FBI

Subscribed and sworn to before me on: July 30, 2019

S/ *[signature]* Hon Deborah L. Barnes
Hon. Deborah L. Barnes
U.S. MAGISTRATE JUDGE

S/ *[signature]* James R. Conolly
Approved as to form by AUSA James R. Conolly